# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

Lloyd Edward Mumford JR
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [✓] Yes  [ ] No

FILED
2022 OCT 12 P 3: 25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lloyd Edward Mumford JR
   Street Address: homeless
   City and County: Pawtucket Providence county
   State and Zip Code: Rhode Island 02860
   Telephone Number: N/A
   E-mail Address: 4ohlfam@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: United States government
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: Rhode Island housing
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: State of Rhode Island
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: Phyciatric institutions
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

SUPERIOR COURT

A.C.I

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Lloyd Edward Mumford JR, is a citizen of the State of *(name)* Rhode Island.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* See attatched , is incorporated under the laws of the State of *(name)* see attatche , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attatched

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

united states government

Rhode island housing authority/Rhode Island

Phyciatric institutions/Rhode Island

state of Rhode Island

supirior court/Rhode Island

ACI/Rhode Island

# Statement of claim

① denieing my freedom of speach to establish religon and petition the government for a redress of grievences twice at supireor court. I read the US code for treason and the Judge threatened me with prison and kicked me out of the court room after stating that he knows the constitution and will not here me out.

mental institutions are depriving people that are labeled as emotionally desterbed and mentaly ill from fresh air, loved ones, freedom and rights to refuse drugs that not only lower chemicals in your brain that are responsable for joy but also violently force them on us and isolate us in cold rooms and restraints



Rhode island housing is discriminating against me, dicouraging me from the hope of obtaining the housing and also they are harrasing me without cause to prohibit me access to it after refusing to allow my mother the right not to have her ex bf's name on the lease when renewing it!

The United states government is funding war and taxing us to pay cops to harrass kidnap kill and arrest people who prophit off natural growing from the earth medicines but fentynal is made by the government and is flooded in the streets killing everyone so because it not natural or from the earth, it can only come from the ones who made it wich is the government



but were the ones getting arrested for it and the government shall not convert a Liberty into a right enforce a Licence and charge a Fee for it yet were being killed and arrested for exersising our rights to carry guns w/o a Licence. not only that but thier is no food growing naturally anywere and we are being taxed for food neceitics while drinkable rivers are not being funded.

the state of RI is targeting people on probation, assulting them and then charging them with resisting unlawful arrests and assult even though we were assulted and did not resist or assault anyway becouse we are guilty of violation no matter

(4)

what were charged with weather we did it or not.

the ACI provides unlawfull drugs made by goverments and denies medical grievences when blood clot emergancies are neglected

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/12/22

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Lloyd Edward Mumford JR

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____